FIDELITY NATIONAL BANK & TRUST CO. et al., Appellants, v. E. B. BADGER & SONS CO.

No. 10245.

Circuit Court of Appeals, Eighth Circuit.
March 18, 1935.

Justin D. Bowersock and Paul R. Stinson, both of Kansas City, Mo., for appellants.

R. R. Brewster and R. R. Brewster, Jr., both of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal dismissed, without costs to either party in this court, per stipulation of parties.